# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| James Anthony Barnett Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00048-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Jeffrey Dean Patane, | ) | |
| Tamara L. Allen, | ) | |
| Keisha W. O'Keefe, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court on and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 26, 2022 Order.

January 26, 2022

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court